UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| AMANDINA PETION, )<br>)<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PATRICIA HYDE, et al., )<br>)<br>Respondents. ) | Civil No. 2:25-cv-00535-SDN |

## JUDGMENT

In accordance with the Order Granting Petition for Writ of Habeas Corpus entered by U.S. District Judge, Stacey D. Neumann on November 3, 2025, and the subsequent status report filed by Respondents on November 13, 2025;

JUDGMENT is hereby entered for the Petitioner, Amandina Petion and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: November 14, 2025       By:   /s/ Meghan York
                                      Deputy Clerk